UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:10-cr-14-FtM-36SPC

MARJORIE DRESNER

_____

**ORDER**

This matter comes before the Court on Stipulation for Substitution of Counsel (Doc. #24) filed on July 16, 2010. Counsel moves the Court for an Order permitting the substitution of David J. Joffe, Esq., of the law firm Joffe & Joffe, P.A., One East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301, in the place of Charles Michael Harris, Esq., 1375 Jackson Street, Suite 202, Fort Myers, Florida 33901. Having considered the motion, the Court finds good cause and will grant the substitution of Counsel. Accordingly, it is now

**ORDERED:**

(1) The Stipulation for Substitution of Counsel (Doc. #24) is **GRANTED**. David J. Joffe, Esq., of the law firm Joffe & Joffe, P.A., One East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301, shall be designated Counsel of record.

(2) Charles Michael Harris, Esq., 1375 Jackson Street, Suite 202, Fort Myers, Florida 33901, shall be relieved of any further responsibility in this matter.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record